```
Form 09 - AFFIDAVIT OF ATTEMPTED SERVICE
         HAYNES & BOONE
         ATTN:
U.S. SOUTHERN DIST. COURT     NEW YORK COUNTY
-----------------------------------------------
                                                  Index No. 9385/07
SAMSARA INVESTMENT III, LLC         plaintiff
                                                  Date Filed  ............
              - against -
                                                  Office No.
JERRY L. WALLACE                    defendant
                                                  Court Date:   / /
-----------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
```

**STANLEY P. TOMASETTI**   being duly sworn, deposes and says: I am over 18 years of age, not a party to this action and reside in the State of New York

That on       1) 10/23/2007          At

              2)   / /               At

              3)   / /               At

deponent attempted to make personal service of a true copy of the
    SUMMONS AND COMPLAINT
in the above entitled action upon
JERRY L. WALLACE
the DEFENDANT at  %NATIONAL REGISTERED AGENTS INC.- AUTHORIZED AGENT
                  875 AVE OF AMERICAS, STE 501, NEW YORK, NY 10001
and was unable to do so.

    DEPONENT ATTEMPTED TO SERVE JERRY L. WALLACE THE DEFENDANT
    AT NATIONAL REGISTERED AGENTS INC.(AUTHORIZED AGENT) 875 AVE
    OF AMERICAS, STE 501, NY, NY 10001 BUT WAS UNABLE TO DO SO.
    DEPONENT SPOKE TO THERESA FESTA WHO STATED SHE WOULD NOT
    ACCEPT SERVICE FOR JERRY L WALLACE THE DEFENDANT HEREIN.
    BECAUSE THEY HAVE NO RECORD OF BEING HIS AGENT.

Sworn to before me this
2nd   day of November, 2007tm
JOEL GOLUB
Notary Public, State of New York         STANLEY P. TOMASETTI  1192468
   No.01G0475136                         AETNA  CENTRAL  JUDICIAL  SERVICES
Qualified in NASSAU COUNTY               225 BROADWAY, SUITE 1802
Commission Expires 12/31/2009            NEW YORK, NY, 10007
                                         Reference No. 7HB877895

National Registered Agents, Inc.
875 Avenue of the Americas
Suite 501
New York, NY 10001
Telephone - 212 356-8351
Fax - 212 356-8352


To:    Whom It May Concern

From:  Theresa Festa

Date:  October 23, 2007

RE:    Jerry L. Wallace


National Registered Agents, Inc. cannot accept service of process for individuals, oly corporations. I have called the main office of National Registered Agents, Inc, and was advised that they do not have a record of the above individual in their database.

*Theresa Festa*
*Sr. Corporate Specialist*

**NewCo**
Corporate Services, Inc.
Theresa Festa
875 Avenue of the Americas
Suite 501
New York, New York 10001
Tel: (212) 356-8340
Fax (212) 356-8379
Internet Address: Theresa@NewCoCorporate.com

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Samsara Investment III, LLC,

          Plaintiff,

V.

Jerry L. Wallace,

          Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  **ORIGINAL**

07 CIV 9385

JUDGE KEENAN

TO: (Name and address of Defendant)

Jerry L. Wallace

4458 Ocean View Drive

Destin, Florida 32451

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth J. Rubinstein

Jason A. Nagi

Haynes and Boone, LLP

153 East 53rd Street, Suite 4900

New York, New York 10022

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON            OCT 19 2007

CLERK        /s/ Marcos Quintero        DATE

(By) DEPUTY CLERK

%AO 440 (Rev. /01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11/15/07  7:40 AM |
| NAME OF SERVER (PRINT) GEORGE C. DUKE | TITLE COURT CERTIFIED PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 4458 Ocean View Drive, Destin, FL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/15/07        George C. Duke
             Date              Signature of Server

P.O. Box 241, Shalimar, FL 32579
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.