MEMO ENDORSED                    Original

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMSARA INVESTMENTS III, LLC,          CASE NO.: 07 CIV 9385
                                       Judge Keenan
      Plaintiff,

vs.

JERRY L. WALLACE,

      Defendant.
_____/

## MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER

COMES NOW Defendant, JERRY L. WALLACE, *pro se,* and pursuant to Rule 6(b), Federal Rules of Civil Procedure, and respectfully requests that this Honorable Court grant the Defendant an enlargement of time to file his answer, and as grounds therefore would show:

1.      Defendant was served the complaint in this matter on November 15, 2007.

2.      Defendant is a full-time resident of Destin, Florida, for the last 15 years, and has no connections with the State or City of New York.

3.      Due to the intervening Thanksgiving holidays, the time of the year, and other pressing business matters, the Defendant has not yet been able to locate and retain the services of counsel in New York to represent him in this case.

4.      Defendant has contacted opposing counsel in this case, Kenneth Rubinstein, and he has ____ agreed to __x_ objects to this motion for enlargement of time for Defendant to file his answer.

- 1 -

5. Defendant respectfully requests that this Honorable Court grant him an additional 16 days until December 21, 2007, to locate and retain local counsel in New York and to file his answer in this case.

I HEREBY CERTIFY that a copy of the foregoing has been served on Kenneth J. Rubenstein, Esq. and Jason A. Nagi, Esq., Haynes & Boone, LLP, at 153 East 53rd Street, Suite 4900, New York, New York 10022, by regular U. S. Mail on this 29 day of November, 2007.

*Jerry L. Wallace*
JERRY L. WALLACE, *Pro Se* Defendant
4458 Ocean View Drive
Destin, Florida 32541

Application Granted

So ordered    John F. Keenan
December 11, 2007    USDJ