UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   07 CIV 9385

SAMSARA INVESTMENT III, LLC.,

    Plaintiff,

  -against-   **AFFIDAVIT OF SERVICE**

JERRY L. WALLACE,

    Defendant,
------------------------------------------------------------------X
STATE OF NEW YORK  )
    ) ss.:
COUNTY OF NEW YORK  )

    Shira Marshall, being duly sworn, deposes and says:

    1. That I am not a party to the above entitled action; I am over the age of 18; and I am a legal assistance employed with the law firm of Mark B. Stumer & Associates, P.C..

    2. That on the 20th day of December 2007, I deposited a copy of the annexed ANSWER AND COUNTERCLAIMS in the above entitled action, copies of which are annexed hereto, enclosed in a first class wrapper, with proper postage addressed to: Kenneth Rubinstein, Esq., Haynes and Boone, LLP, 153 East 53rd Street, Suite 4900, New York, New York 10022, in an official Postal deposit box located in the City of New York, State of New York under the exclusive care and custody of the United States Post Office Department.

_____
Shira Marshall

Sworn to before me this 20th day of
December, 2007;

_____
Notary Public

MARK B. STUMER
Notary Public, State of New York
No. 02ST5044470
Qualified in New York County
Commission Expires May 30, 2011

-7-