UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMSARA INVESTMENT III, LLC,<br><br>                             Plaintiff,<br><br>          - against -<br><br>JERRY L. WALLACE,<br><br>                             Defendant. | 07 Civ. 9385 (JFK) |

## PLAINTIFF'S INITIAL DISCLOSURES
## PURSUANT TO RULE 26 F.R.C.P.

Plaintiff Samsara Investment III, LLC, ("Samsara"), by its attorneys, Haynes and Boone, LLP, for its Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, states:

**F.R.C.P. 26(a)(1)(A):**

The following individuals are likely to have discoverable information which Samsara may use to support its claims or defenses in the action:

**Rodney Bell**
Jerry Wallace Developments LLP
151 Regions Way
Suite 6A
Destin, Florida  32541

**Tom Duggan**
Unknown

**Jeff Haslett**
JM Advisors
6005 Johnson Avenue
Bethesda, Maryland  20817

N-12297_1 (2).DOC

**Edward Heath**
Rich Mountain Financial Services
5710 LBJ Freeway
Suite 328
Dallas, Texas 75240

**Michael O'Sullivan**
JM Advisors
6005 Johnson Avenue
Bethesda, Maryland 20817

**Sachin Shah**
Samsara Investments III, LLC
301 Kshamalaya
37 New Marine Lines
Mumbai, India 400020

**Alan C. Sheppard, Esq.**
Greenberg Traurig, P.A.
450 South Orange Avenue
Suite 650
Orlando, Florida 32801

**Jerry Wallace**
4458 Ocean View Drive
Destin, Florida 32541

**F.R.C.P. 26(a)(1)(B):**

The documents in the possession, custody or control of Samsara which may be used to support its claims and defenses in this matter include: the Investment Agreement, dated February 23, 2006 (along with exhibits thereto) (the "Investment Agreement"); the Amended and Restated Operating Agreement of Shores Paradise, LLC dated February 24, 2006 (along with exhibits thereto) (the "Operating Agreement"); the Principal Guaranty of Jerry L. Wallace ("Wallace") dated February 24, 2006 (the "Guaranty"); and all related documentation and/or communications between Samsara and any other parties, including, but not limited to, Wallace, relating to the Investment Agreement, the Operating Agreement and the Guaranty, all of which are located in files maintained by Samsara (electronic and otherwise), or which are maintained on its behalf.

**F.R.C.P. 26(a)(1)(C):**

Samsara's damages are to be determined at trial, but are in no event less than $12,450,000, plus interest, costs and expenses including, without limitation, its attorneys' fees, as provided for by the Guaranty.

**F.R.C.P. 26(a)(1)(D):**

Not applicable.

**F.R.C.P. 26(a)(2):**

Samsara has yet to retain an expert witness in connection with this matter. Samsara will provide disclosure in accordance with the Federal Rules of Civil Procedure if, and when, it retains an expert.

This disclosure may be supplemented, revised or modified during the course of this action and shall be deemed supplemented, revised or modified by further disclosures made by Samsara during the course of this action, including during discovery.

Dated: January 15, 2008

HAYNES and BOONE, LLP
*Attorneys for Plaintiff*

By: _____
Kenneth J. Rubinstein (KR-1410)
Jonathan D. Pressment (JP-1819)
153 East 53rd Street, Suite 4900
New York, New York 10022
(212) 659-7300

To: Mark B. Stumer, Esq.
MARK B. STUMER & ASSOCIATES, P.C.
*Attorneys for Defendant Jerry L. Wallace*
200 Park Avenue South, Suite 1511
New York, New York 10003
(212) 633-2225

4

N-12297_1 (2).DOC