## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January, 2008, I caused Plaintiff's Initial Disclosures Pursuant to Rule 26 F.R.C.P. to be electronically filed with the Clerk of Court for the U.S. District Court, Southern District of New York, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this notice as service of this document by electronic means:

Mark B. Stumer, Esq.
MARK B. STUMER & ASSOCIATES, P.C.
200 Park Avenue South, Suite 1511
New York, New York 10003

I further certify that I caused a true and correct courtesy copy of Plaintiff's Initial Disclosures Pursuant to Rule 26 F.R.C.P. to be delivered by electronic mail to counsel listed below:

Mark B. Stumer, Esq.
MARK B. STUMER & ASSOCIATES, P.C.
200 Park Avenue South, Suite 1511
New York, New York 10003

s/ Kenneth J. Rubinstein
Kenneth J. Rubinstein