UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

*Samsara Investment III JJC*

v.

*Jerry Wallace*

ORDER

07 Civ. 9385 (JFK)

------------------------------X

JOHN F. KEENAN, United States District Judge:

The following operative dates are hereby set as a part of the Court's case management plan:

Any additional joinder of parties by *March 31, 2008*

Any amendment of the pleadings by *March 31, 2008*

Plaintiff(s) will provide expert report(s), if any, to Defendant(s) by _____.

Defendant(s) will provide expert report(s), if any, to Plaintiff(s) by _____.

Replies to any expert reports by _____.

Discovery to be complete by *May 15, 2008*.

Next conference will be held on *May 20, 2008 at 10:00*

Discovery supervision will be referred to Magistrate Judge *Francis*.

SO ORDERED. *January 14, 2008*

Dated: New York, New York

*John F. Keenan*
JOHN F. KEENAN
United States District Judge