USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-8-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SAMASARA INVESTMENT III, LLC,    :

       Plaintiff,    :

       v.    :

JERRY WALLACE    :

       Defendant.    :
------------------------------------x

07-cv-9385 (JFK)
**ORDER**

**JOHN F. KEENAN, United States District Judge:**

    The Court's Order of May 7, 2008 is amended in one respect: Defendant Jerry Wallace's deposition is rescheduled to 10:00 a.m. on Monday, May 12, 2008. Defendant shall appear for the deposition at the offices of plaintiff's counsel, Haynes and Boone, LLP, located at 153 E. 53rd Street, Suite 4900, New York, N.Y. 10022. All other aspects of the May 7, 2008 Order remain in force. The defendant's failure to attend the deposition may result in appropriate sanctions. The Court takes no position on the proposed "Stipulation and Order" dated May 7, 2008 which plaintiff offered to defendant.

**SO ORDERED.**

Dated:    New York, New York
          May 8, 2008

                                    JOHN F. KEENAN
                               United States District Judge