UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SAMASARA INVESTMENT III, LLC,          :

       Plaintiff,                      :
                                            07-cv-9385 (JFK)
    v.                                 :   **ORDER**

JERRY WALLACE                          :

       Defendant.                      :
------------------------------------x

JOHN F. KEENAN, United States District Judge:

       This Order amends the Court's previous Order of May 8, 2008 as follows:

1. Defendant Jerry Wallace's deposition is rescheduled to **8:00 a.m.** on Monday, May 12, 2008. Defendant shall appear for the deposition at the offices of plaintiff's counsel, Haynes and Boone, LLP, located at 153 E. 53rd Street, Suite 4900, New York, N.Y. 10022. The parties may break for lunch from 12:00 p.m. to 12:45 p.m., and the deposition must conclude by 3:30 p.m. The defendant's failure to attend the deposition may result in appropriate sanctions.

2. If defendant wishes to depose plaintiff's principal, Sachin Shah, that deposition will follow defendant's and will begin promptly at 4:00 p.m. The parties may break for dinner from 7:00 to 7:45 p.m., and the deposition must conclude by 11:00 p.m.

SO ORDERED.

Dated:   New York, New York
        May 8, 2008

                                          JOHN F. KEENAN
                                United States District Judge