UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMSARA INVESTMENT III, LLC,

              Plaintiff,

- against -

JERRY L. WALLACE,

              Defendant.

07 Civ. 9385 (JFK)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, pursuant to Rule 1.3(d) of the Local Civil Rules of this Court, Haynes & Boone, counsel for Plaintiff Samsara Investment III, LLC, hereby informs the Court and all parties of its change of address, effective July 25, 2008 to:

    Haynes & Boone, LLP
    1221 Avenue of the Americas
    26th Floor
    New York, New York 10020-1089

Dated: July 21, 2008

        HAYNES and BOONE, LLP
        *Attorneys for Plaintiff*

By: _____
        Kenneth J. Rubinstein (KR-1410)
        153 East 53rd Street, Suite 4900
        New York, New York 10022
        (212) 659-7300

To:    Jerry L. Wallace
       4458 Ocean View Drive
       Destin, Florida 32451
       *Defendant Pro Se*

N-18763_1.DOC